IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2023 APR 25  A 10: 32

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| Nzeld Okafor | = | Civil Action |
| V. | = | Case No. 2:23-Cv-21 |
| Jeffry Fikes (Warden) | = | |
| Defendant | = | |

---

## MOTION FOR EXTENSION OF TIME

Now Comes, Your Petitioner, Nzeld Okafor, Pro se, hereby respectfully requesting this Hon: Court, to grant your Petitioner a 30 days extension for the following reasons:

(1) Your Petitioner, received a photo copy of the Government response on about April 14, 2023 (2) Your Petitioner, also received this Hon: Court Order on April 18, 2023.

(3) as a inmate here in this institution's the Mail Room policies of photo copy the originals, which alway make the inmate's mail lated.

Therefore, your Petitioner, Nzeld Okafor, asking this Hon: Court, to Grant your Petitioner a 30 days extension.

Nzeld Okafor, Pro se
Reg. No. 15683-112

## CERTIFICATE OF SERVICE

I hereby certify that copy of this motion had been mailed to the
name below by placing it in the United States Mail, with the proper
postage.

On this __20__ days of April, 2023

U.S. Clerk of Court


Nzelo Okafor, Pro se
Reg. No. 15683-112
Federal Prison Camp
2600 Hwy 301 South
Jesup, Ga. 30599

MR NZELO OKAFOR #15683-112
2680 HWY 301 South
Jesup, GA 31599

JACKSONVILLE FL 320

21 APR 2023 PM 3 L

OFFICE OF THE CLERK
United States District Court
Southern District of Georgia
P.O. Box 1636
Brunswick, GA 31521

INSPECTED
BY

0321-153636