# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

NZELO OKAFOR,

    Petitioner,

v.

WARDEN JEFFRY FIKES,

    Respondent.

2:23-cv-21

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. Petitioner Nzelo Okafor ("Okafor") did not file Objections to this Report and Recommendation, and the extended time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **GRANT** Respondent's Motion to Dismiss, **DISMISS without prejudice** Okafor's 28 U.S.C. § 2241 Petition, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Okafor *in forma pauperis* status on appeal.

SO ORDERED, this 6 day of February, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA